# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>TW & COMPANY, INCORPORATED DBA THE TANYA WALKER CORPORATION, et al.,<br><br>        Defendant. | Case No.: 1:11-cv-01242 AWI JLT<br><br>ORDER STAYING THE ACTION<br><br>(Doc. 27) |

On June 18, 2012, counsel filed notice of filing bankruptcy by Defendant TW & Company. (Doc. 27) Therefore, the Court orders the matter **STAYED**.

The Clerk of the Court is DIRECTED to ADMINISTRATIVELY CLOSE this action.

IT IS SO ORDERED.

Dated:   **June 19, 2012**                  /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE

1