# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR JONES,** | **CASE NO. 1:11-CV-1242 AWI JLT** |
| **Plaintiff** <br> v. <br> **TW & COMPANY, INCORPORATED, DBA IN CALIFORNIA AS THE TANYA A. WALKER CORPORATION; RICHARD MOORE, and individual; MARK WOOK, and individual; DOES 1 through 25,** <br><br> **Defendants.** | **ORDER VACATING DECEMBER 16, 2013 HEARING DATE** |

Plaintiff has noticed for hearing and decision a motion to re-open this action and dismiss the corporate defendant. The matter was scheduled for a hearing to be held on December 16, 2013. No party has filed any opposition to Plaintiff's motion. The Court has reviewed the motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 16, 2013 is VACATED, and no party shall appear at that time. As of December 16, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 13, 2013                              _____
                                                                              SENIOR DISTRICT JUDGE