UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR JONES,**<br><br>**Plaintiff**<br>v.<br><br>**TW & COMPANY, INCORPORATED, DBA IN CALIFORNIA AS THE TANYA A. WALKER CORPORATION; RICHARD MOORE, and individual; MARK WOOK, and individual; DOES 1 through 25,**<br><br>**Defendants.** | **CASE NO. 1:11-CV-1242 AWI JLT**<br><br>**ORDER REFERRING MATTER TO THE MAGISTRATE JUDGE FOR PURPOSES OF ENTERING A NEW SCHEDULING ORDER** |

On January 26, 2015, the Court re-opened this case and granted Plaintiff's motion to dismiss Defendant TW & Co.  See Doc. No. 39.  This matter had previously been stayed due the bankruptcy of Defendant TW & Co.  See Doc. No. 32.  With the reopening of the case and the dismissal of TW & Co., this case may now proceed.  However, a new scheduling order is needed for this case to proceed.

Accordingly, IT IS HEREBY ORDERED that this matter is referred to the Magistrate Judge for the purpose of entering a new scheduling order.

IT IS SO ORDERED.

Dated:   June 19, 2015                           _____
                                                                 SENIOR  DISTRICT  JUDGE