UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR JONES,<br><br>             Plaintiff,<br><br>         v.<br><br>RICHARD MOORE, et al.,<br><br>             Defendants. | Case No.: 1:11-cv-01242 AWI JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 47) |

On June 22, 2015, the Court ordered the parties to prepare and file a Joint Scheduling Conference Statement for a conference to be held on July 23, 2015. (Doc. 41) However, Defendant Richard Moore failed to participate in the preparation of the statement, and failed to appear at the Scheduling Conference.

On July 23, 2015, the Court order Mr. Moore to show cause why sanctions should not be imposed for his failure to cooperate in the drafting of the joint statement and for his failure to appear at the scheduling conference.  (Doc. 45)  Mr. Moore responded on August 3, 2015, and explained that he was unaware of these requirements and that his failures were inadvertent.  (Doc. 47) Therefore, the Court **DISCHARGES** the order to show cause.

Mr. Moore is advised that he is obligated to become aware of the deadlines and other obligations imposed by this litigation and to comply with all court orders.  His lack of understanding of the litigation process will not excuse compliance with litigation obligations.

Mr. Moore is reminded that his failure to cooperate in this litigation or to comply with court orders may result in sanctions including an order striking his answer and entering default.

IT IS SO ORDERED.

Dated: __August 6, 2015__                              __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE