# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD MOORE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:11-cv-01242 JLT <br><br> ORDER CLOSING CASE <br><br> (Doc. 53) |

On October 26, 2015, the parties filed a stipulation seeking to dismiss the action. (Doc. 53) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required for the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **October 27, 2015**        /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE